UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JESSE KOENIG,                                Case No. 2:23-cv-103

          Plaintiff,                     Hon. Paul L. Maloney
v.                                          U.S. District Judge

KEWEENAW BAY OJIBWA
COMMUNITY COLLEGE, et al.,

          Defendants.
_____/

**ORDER**

The Court, having reviewed Defendant's Unopposed Motion to Extend Deadlines, and being otherwise fully advised,

**IT IS SO ORDERED** that the Defendants' Unopposed Motion to Extend Deadline is granted.  Defendants shall have until August 12, 2024, to serve their Initial Disclosures and disclose their expert witnesses.

Dated: _____ 2024                         _____
                                                     HON. PAUL M. MAHONEY
                                                     United States District Judge