UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JESSE KOENIG,

       Plaintiff,

                                    Case No. 2:23-cv-103

v.

                                    Hon. Paul L. Maloney

KEWEENAW BAY OJIBWA
COMMUNITY COLLEGE, et al.,

       Defendants.

_____/

## **JUDGMENT**

The Court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACITON IS TERMINATED.**

**IT IS SO ORDERED.**


Dated: August 28, 2025                          /s/ Paul L. Maloney
                                                PAUL L. MALONEY
                                                UNITED STATES DISTRICT JUDGE